HATTON, PETRIE & STACKLER APC
Attorneys at Law
85 Argonaut, Suite 210
Aliso Viejo, CA 92656
Telephone: (949) 474-4222

**ARTHUR R. PETRIE, II, CAL. BAR NO. 158654**
**JOHN A. McMAHON, CAL. BAR NO. 237261**

Attorneys for Defendant
Pluralsight, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PLURALSIGHT, LLC, a Nevada limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | No. 2:16-cv-01148-MCE-CKD<br><br>**ORDER OF DISMISSAL**<br><br>**[FRCP RULE 12(b)(6)) &<br>FRCP RULE 41(b)]**<br><br>Assigned to Hon. Morrison C. England, Jr., Courtroom 7, Fourteenth Floor |

| | |
|---|---|
| 1 | **ORDER OF DISMISSAL** |
| 2 | |
| 3 | On 2/17/17, the Court granted defendant Pluralsight, LLC's, Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). As stated in the order, the complaint in this matter had two causes of action: (1) violation of California's Automatic Purchase Renewals Statute ("CAPRS"), codified at California Business and Professions Code §§ 17600–176061; and (2) violation of California's Unfair Competition Law ("UCL"), §§ 17200–17204. The Court's order on the motion states as follows: |

> Defendants' Motion to Dismiss (ECF No. 5) is GRANTED and Plaintiff's First Cause of Action, brought directly under California's Automatic Purchase Renewals Statute, is DISMISSED with prejudice. Plaintiff's Second Cause of Action, brought under the California's Unfair Competition Law, is also DISMISSED, but with leave to amend. Not later than twenty (20) days following the date this Order is electronically filed, Plaintiff may (but is not required to) file an amended complaint. If no amended complaint is filed, the causes of action dismissed by virtue of this order will be deemed DISMISSED with prejudice upon no further notice to the parties.

[Order, Docket Document 12, Filed 2/17/17, page 11:10-16.]

An amended filing, per the Court's order, was due no later than March 9, 2017. No amended pleading was timely filed. Pursuant to the Court's prior Order, the Complaint is hereby DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: April 18, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE