Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Roger E. Borg, Bar No. 117765
rborg@pacifictrialattorneys.com
**PACIFIC TRIAL ATTORNEYS, P.C.**
4100 Newport Place Drive, Suite 800
Newport Beach, California 92660
Telephone: (949) 706-6464
Facsimile: (949) 706-6469

Attorneys for Plaintiff
KYLE JOHNSON

## UNITED STATE DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PLURALSIGHT, LLC, a Nevada limited liability company; and DOES 1 – 10, inclusive,<br><br>Defendants. | Case No. 2:16-cv-01148-MCE-CKD<br><br>**STIPULATION AND ORDER RE EXTENSION OF TIME TO SERVE DISCOVERY RESPONSES** |

Plaintiff Kyle Johnson ("Plaintiff") and Defendant Pluralsight, LLC ("Defendant"), through their counsel of record, state as follows:

### **RECITALS**

A.    Defendant has served on Plaintiff several items of written discovery, including Requests for Admissions, Set One, Special Interrogatories, Set One, and Requests for Production, Set One (the "Discovery Requests").  Plaintiff's responses to the Discovery Requests are currently due on July 25, 2019.

B.   Plaintiff and Defendant are currently engaged in potential settlement discussions.  In order to permit these discussions to go forward, and to allow Plaintiff additional time to prepare responses to the Discovery Requests, Plaintiff and Defendant have agreed that Plaintiff shall have an extension of time, up to and including August 16, 2019, in which to serve responses to the Discovery Requests.

WHEREFORE, Plaintiff and Defendant, through their counsel of record, hereby stipulate and agree as follows:

## STIPULATION

1.   Plaintiff shall have an extension of time, up to and including August 16, 2019, in which to serve responses to the Discovery Requests.

Dated:  July 24, 2019          PACIFIC TRIAL ATTORNEYS
                               A Professional Corporation

                               /s/Roger E. Borg_____

                               Roger E. Borg
                               Attorneys for Plaintiff KYLE JOHNSON

Dated:  July 24, 2019          HATTON, PETRIE & STACKLER APC

                               /s/John A. McMahon_____

                               John A. McMahon
                               Attorneys for Defendant PLURALSIGHT, LLC

## ORDER

Good cause appearing therefor, **IT IS SO ORDERED**.

Dated:  July 24, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE