Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Roger E. Borg, Bar No. 117765
rborg@pacifictrialattorneys.com
**PACIFIC TRIAL ATTORNEYS, P.C.**
4100 Newport Place Drive, Suite 800
Newport Beach, California 92660
Telephone: (949) 706-6464
Facsimile: (949) 706-6469

Attorneys for Plaintiff
KYLE JOHNSON

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PLURALSIGHT, LLC, a Nevada limited liability company; and DOES 1 – 10, inclusive,<br><br>Defendants. | Case No. 2:16-cv-01148-MCE-CKD<br><br>**STIPULATION AND ORDER RE FURTHER EXTENSION OF TIME TO SERVE DISCOVERY RESPONSES** |

Plaintiff Kyle Johnson ("Plaintiff") and Defendant Pluralsight, LLC ("Defendant"), through their counsel of record, state as follows:

**RECITALS**

A. Defendant has served on Plaintiff several items of written discovery, including Requests for Admissions, Set One, Special Interrogatories, Set One, and Requests for Production, Set One (the "Discovery Requests"). Plaintiff's responses to the Discovery Requests were originally due on July 25, 2019, and which, pursuant to a previous extension, are now due on August 16, 2019.

B.   Plaintiff and Defendant are currently engaged in settlement discussions.  In order to permit these discussions to proceed further, and to allow Plaintiff additional time to prepare responses to the Discovery Requests, Plaintiff and Defendant have agreed that Plaintiff shall have an extension of time, up to and including September 2, 2019, in which to serve responses to the Discovery Requests.

WHEREFORE, Plaintiff and Defendant, through their counsel of record, hereby stipulate and agree as follows:

## **STIPULATION**

1.   Plaintiff shall have a further extension of time, up to and including September 2, 2019, in which to serve responses to the Discovery Requests.

Dated:  August 20, 2019        PACIFIC TRIAL ATTORNEYS
                               A Professional Corporation

                               /s/Roger E. Borg_____
                               Roger E. Borg
                               Attorneys for Plaintiff KYLE JOHNSON

Dated:  August 20, 2019        HATTON, PETRIE & STACKLER APC

                               /s/John A. McMahon_____
                               John A. McMahon
                               Attorneys for Defendant PLURALSIGHT, LLC

## **ORDER**

Good cause appearing therefor, **IT IS SO ORDERED**.

Dated:  August 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE