Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Roger E. Borg, Bar No. 117765
rborg@pacifictrialattorneys.com
**PACIFIC TRIAL ATTORNEYS, P.C.**
4100 Newport Place Drive, Suite 800
Newport Beach, California 92660
Telephone: (949) 706-6464
Facsimile: (949) 706-6469

Attorneys for Plaintiff
KYLE JOHNSON

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE JOHNSON, individually and on behalf of all others similarly situated, Plaintiff, v. PLURALSIGHT, LLC, a Nevada limited liability company; and DOES 1 – 10, inclusive, Defendants. | Case No. 2:16-cv-01148-MCE-CKD **STIPULATION AND ORDER RE FURTHER EXTENSION OF TIME TO SERVE DISCOVERY RESPONSES** |

Plaintiff Kyle Johnson ("Plaintiff") and Defendant Pluralsight, LLC ("Defendant"), through their counsel of record, state as follows:

**RECITALS**

A. Defendant has served on Plaintiff several items of written discovery, including Requests for Admissions, Set One, Special Interrogatories, Set One, and Requests for Production, Set One (the "Discovery Requests"). Plaintiff's responses to the Discovery Requests were originally due on July 25, 2019, and which, pursuant to a previous extension, were then due on August 16, 2019, and now, pursuant to the most recent extension, are now due on September 2, 2019.

B. Plaintiff and Defendant are still currently engaged in settlement discussions. In order to permit these discussions to proceed further, and to allow Plaintiff additional time to prepare responses to the Discovery Requests, Plaintiff and Defendant have agreed that Plaintiff shall have an extension of time, up to and including October 2, 2019, in which to serve responses to the Discovery Requests.

WHEREFORE, Plaintiff and Defendant, through their counsel of record, hereby stipulate and agree as follows:

## **STIPULATION**

1. Plaintiff shall have a further extension of time, up to and including October 2, 2019, in which to serve responses to the Discovery Requests.

Dated: September 10, 2019
PACIFIC TRIAL ATTORNEYS
A Professional Corporation

/s/Roger E. Borg
Roger E. Borg
Attorneys for Plaintiff KYLE JOHNSON

Dated: September 10, 2019
HATTON, PETRIE & STACKLER APC

/s/John A. McMahon
John A. McMahon
Attorneys for Defendant PLURALSIGHT, LLC

## **ORDER**

Good cause appearing therefor, **IT IS SO ORDERED**.

Dated: September 10, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE