**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KYLE JOHNSON, individually and on behalf of all others similarly situated, | Case No.: 2:16-cv-01148-MCE-CKD<br>Judge: Hon. Morrison C. England, Jr. |
| Plaintiff, | **ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDCE** |
| v. | |
| PLURALSIGHT, LLC, a Nevada limited liability company; and DOES 1-10, inclusive, | Complaint Filed: May 27, 2016 |
| Defendants. | |

**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**

| | |
|---|---|
| 1 | The Court, having considered the parties' Stipulation for Dismissal Pursuant to |
| 2 | Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with |
| 3 | prejudice as to the named Plaintiff, and without prejudice as to the putative class. Each |
| 4 | party shall bear its own costs and attorneys' fees. The matter having now been |
| 5 | concluded in its entirety, the Clerk of Court is directed to close the file. |
| 6 | IT IS SO ORDERED. |
| 7 | Dated: September 25, 2019 |

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE